# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERTA MORRISON**                                                                **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-00733- KGB**

**TA OPERATING LLC**
**d/b/a PETRO STOPPING CENTERS L.P.**
**d/b/a TA TRUCK SERVICE**                                          **DEFENDANT**

## ORDER

Before the Court is plaintiff Roberta Morrison and defendant TA Operating LLC's ("TA") joint stipulation of dismissal (Dkt. No. 13).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the joint stipulation of dismissal (*Id.*)  The Court dismisses Ms. Morrison's claims against TA with prejudice, with each party bearing their respective costs and fees.  The Court denies as moot the pending motion to dismiss filed by TA (Dkt. No. 5).

It is so ordered this 12th day of January, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge